S. LANE TUCKER
United States Attorney

CARLY VOSACEK
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
101 12th Avenue, Room 310
Fairbanks, AK 99701
Phone: (907) 456-0245
Email: carly.vosacek@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>SAM JESUS CARTER,<br><br>Defendant. | No. 4:23-cr-00011-RRB-SAO<br><br>COUNT 1<br>FAILURE TO REGISTER<br>  Vio. of 18 U.S.C. § 2250(a) |

**INDICTMENT**

The Grand Jury charges that:

COUNT 1

Beginning at some exact time unknown, but starting at least on or about December 14, 2021, within the District of Alaska, the defendant, SAM JESUS CARTER, a person required to register under the Sex Offender Registration and Notification Act, and a sex offender by reason of a conviction under the law of California, traveled in interstate commerce and did knowingly fail to register and update a registration.

All of which is in violation of 18 U.S.C. § 2250(a).

A TRUE BILL

s/ Grand Jury Foreperson
GRAND JURY FOREPERSON

s/ Carly Vosacek
CARLY VOSACEK
Assistant U.S. Attorney
United States of America

s/ Kate Vogel for
S. LANE TUCKER
United States Attorney

DATE: 5/17/2023